IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PATEL NISARG,

     **Plaintiff**

v.       3:20-CV-1001
     (JUDGE MARIANI)

ANGELA HOOVER, et al.

     **Defendants.**

## ORDER

AND NOW, THIS _4th_ DAY OF AUGUST, 2020, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 9) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 9) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's action is **DISMISSED** for failure to comply with the Court's Orders and for failure to prosecute this action.[1]

3. The Clerk of Court is directed to **CLOSE** this action.

                                            Robert D. Mariani
                                            United States District Judge

---

[1] Magistrate Judge Carlson's reasoning and conclusion that Plaintiff has failed to prosecute and has abandoned this action is further supported by Plaintiff's failure to file any Objections to the pending R&R since its issuance on July 16, 2020.

    The Court also agrees with the R&R's findings that an application of the *Poulis* factors further supports the dismissal of this action. *See* Doc. 9, at 5–10; *Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984).